UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LLOYD EDWARD PIELSTICK, ) <br> ) <br> Defendant. ) <br> _____ ) | NO: CR-04-6042-WFN <br><br> ORDER DISMISSING <br> INDICTMENT |

Upon motion of the Plaintiff, United States of America,

IT IS HEREBY ORDERED that Indictment as to Defendant Lloyd Edward Pielstick is hereby dismissed.

DATED this 30th day of May, 2006.

                                    s/ Wm. Fremming Nielsen
                                  WILLIAM F. NIELSEN
                                  UNITED STATES DISTRICT JUDGE